# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| TAMARA BOSEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:10-cv-74 |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| AFNI, INC., ) | |
| ) | |
| Defendant. ) | |

Now come the Plaintiff, TAMARA BOSEMAN, and the Defendant, AFNI, INC., by and through their respective attorneys, and hereby advise the Court that they have agreed to a dismissal of the above-captioned matter with prejudice.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ M. Lynette Hartsell | /s/ Caren D. Enloe |
| M. Lynette Hartsell (9845) | Ms. Caren D. Enloe (17394) |
| Attorney for Plaintiff | Attorney for the Defendant |
| Luxenburg & Levin, LLC | Morris Manning & Martin LLC |
| 1010 Lakeview Drive | P.O. Box 12768 |
| Cedar Grove, NC 27231 | Research Triangle Park, NC 27709 |
| Telephone: (919) 732-1277 | Telephone: (919) 806-2969 |
| Facsimile: (919) 869-2829 | Facsimile: (919) 806-2057 |
| Lynette@AttyMLHartsell.com | cenloe@mmmlaw.com |

/s/ David B. Levin
David B. Levin (special appearance)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park, Suite 105
Beachwood, OH 44122
Telephone: (888) 493-0770, ext. 302
Facsimile: (866) 551-7791
David@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (special appearance)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park, Suite 105
Beachwood, OH 44122
Telephone: (888) 493-0770, ext. 302
Facsimile: (866) 551-7791
David@LuxenburgLevin.com